| | |
|---|---|
| DATE: October 7, 2014 | CASE NO: 4:13 cr 92 (14) |
| LOCATION: Sherman, TX | |
| JUDGE: Marcia Crone | USA VS JESSI LANELL DORSETT |
| DEP. CLERK: Sammie Hedges | |
| RPTR/ECRO: Lori Barnett, Bryn & Associates | Glenn Jackson  Assigned Appeared / Mark Perez  Attorney for Defendant |
| USPO: Nikki Gray | |
| INTERPRETER: | BEGIN: 2:52 pm |
| | ADJOURN: 3:05 pm |

## SENTENCING MINUTES

| | |
|---|---|
| ✖ Sentencing called / held | Objections (PSR) by *Def* - Overruled |
| ✖ Court adopts PSR in its entirety | ✖ Defendant's motion for Variance - Granted |
| Court DEPARTS from the guidelines | Government's Motion for 5K1.1 GRANTED |

**The Court grants defendant's motion for a variance, based on a pending amendment to the sentencing guidelines which would, if enacted, reduce the base offense level by two levels, based on the drug amount. The defendant agreed he would NOT file a subsequent motion for a sentence modification under 18 USC 3582(c), should the amendment be enacted. The Court, therefore, considers a sentence within the range applicable to Level 27, which is 87 months to 108 months imprisonment.**
Defendant's motion for additional departure due to substantial assistance - Denied.

| CT | CUSTODY | CC/CS | w/CT | FINE | REST | SP/ASS | PROB | SUP/REL | CC/CS w/CT | FED BENEFITS |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 87 Months | | | Waived | | $100 | | 3 Year(s) | | 1 YEAR |

### BOP RECOMMENDATIONS:

| | |
|---|---|
| ✖ Dft be designated to: **FCI, Bryan, TX** | ✖ Dft participate in **Substance Abuse Treatment Program** |
| Dft participate in the **Inmate Financial Responsibility Program** | Dft receive **mental health treatment** |
| Dft participate in **Intensive Confinement Center** | Dft participate in Dft participate in **Sexual Offender Program** |

### SPECIAL CONDITIONS – THE DEFENDANT SHALL:

| | |
|---|---|
| ✖ | **WITHIN 72 HOURS** of release from BOP, **REPORT in person** to the probation office in the district to which the dtf is released. |
| ✖ | **NOT COMMIT** another federal, state or local crime & **COMPLY w/Standard Conditions** of release & the following additional conditions. |
| ✖ | **NOT possess a FIREARM** or other destructive device. |
| ✖ | **PAY** any **FINANCIAL PENALTY** that is imposed by this judgment & remains unpaid at the commencement of SUP/REL |
| ✖ | **SUBMIT to DRUG TEST** w/n 15 days of release | Court suspends mandatory drug testing. |
| ✖ | Cooperate in collection of **DNA** as directed by Probation | Be **SURRENDERED to INS** for deportation proceeding. |
| ✖ | **Provide** the probation officer with access to any requested **FINANCIAL INFORMATION.** |
| ✖ | Participate in a **Program** of testing and treatment for **DRUG abuse** |
| ✖ | Participate in a combination of **psychiatric, psychological, or mental health treatment** deemed appropriate by treatment provider. |
| | Shall not incur new credit charges or open additional lines of credit without approval of probation officer |
| | Shall not participate in any form of gambling unless payment of financial obligation ordered by Court is paid in full |
| | Shall obtain a GED while on supervised release |
| | **FORFEIT** to the USA interest in property listed in Plea Agreement |

| | | | |
|---|---|---|---|
| ✖ Dft **REMANDED** to the USM. | | ✖ **Minutes** filed | **FILED: October 7, 2014** |
| Voluntary report in Sherman by 2:00 pm, | ✖ USM | **Exhibit** list filed | U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS |
| | Designated FCI | **Witness** list filed. | DAVID J. MALAND, CLERK |
| ✖ **REMAINING** Counts **dismissed** on Govt's Motion | | See reverse/attached for additional proceedings | |
| ✖ Dft advised of **right to appeal** & court appointed counsel | | | FORM TXED-118 |
| ✖ **Presentence Report** Sealed. | | | |