# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Criminal Action No. 4:13-CR-92 |
| v. § | (Judge Jordan) |
| § | |
| JESSI LANELL DORSETT § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as her right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of twenty-eight (28) days of imprisonment, with three (3) years of supervised release, the first 4 months and 2 days of which to be served on home detention (with voice identification), to follow.

The Court also imposes the special conditions set forth in the Report and Recommendation: (1) You must provide the probation officer with access to any requested financial information for purposes of monitoring your sources of income; (2) You must participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.  You shall pay any cost associated with treatment and testing; (3) You are to be placed on home detention at the outset of your term of supervised release, to commence immediately upon release from confinement.  During this time, you must remain at your place of residence except for employment and other activities approved in advance by the United States Probation Officer.  You must maintain a telephone at your place of residence without call forwarding, a modem, Caller I.D., call waiting, or portable cordless telephones for the above period.  Your period of home detention will be monitored through voice verification technology.  At the direction of the probation officer, you must wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. You are to pay the cost associated with the electronic monitoring program.

**So ORDERED and SIGNED this 24th day of November, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE